3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN G. RODRIGUEZ, | § | |
|     Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-030 |
| VS. | § | |
| | § | CRIMINAL NO. B-96-00337-03 |
| UNITED STATES OF AMERICA, | § | |
|     Defendant-Respondent. | § | |

### O R D E R

Petitioner, Juan G. Rodriguez, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by April 7, 2000.

DONE at Brownsville, Texas, this 23rd day of February 2000.

_____
John Wm. Black
United States Magistrate Judge